UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:23-cv-24074-KMW

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

SANJED CAPITAL LLC, and,
BANGKOK CUISINE, INC., D/B/A
BANGKOK CUISINE,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendants, SANJED CAPITAL LLC and BANGKOK CUISINE, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this January 8, 2024.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Jeffrey C. Roth* |
| ANTHONY J. PEREZ | JEFFREY C. ROTH |
| Florida Bar No. 535451 | Florida Bar No. 331562 |
| GARCIA-MENOCAL & PEREZ, P.L. | ROTH & SCHOLL |
| 350 Sevilla Avenue, Suite 200 | 866 South Dixie Highway |
| Coral Gables, Fl 33134 | Coral Gables, Fl 33146 |
| Telephone: (305) 553- 3464 | Telephone: (305) 662-4141 |
| Email: ajperez@lawgmp.com | E-Mail: jeff@rothandscholl.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this January 8, 2024.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com; jreyes@lawgmp.com

By: */s/ Anthony J. Perez*
ANTHONY J. PEREZ