UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-24074-CV-WILLIAMS

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

SANJED CAPITAL LLC, *et al.*,

    Defendants.
_____/

## ORDER APPROVING CONSENT DECREE
## AND DISMISSING ACTION WITH PREJUDICE

**THIS MATTER** is before the Court on the Parties' joint motion for approval and entry of consent decree and to dismiss action with prejudice. (DE 15.) The Court has carefully considered the joint motion and the consent decree attached to the joint motion as Exhibit "A" (DE 15-2) ("***Consent Decree***"). Accordingly, it is **ORDERED AND ADJUDGED** that the Parties' joint motion (DE 15) is **GRANTED** as follows:

    1.    The Court finds the Consent Decree to be adequate.

    2.    The Parties' joint motion for approval and entry of consent decree and to dismiss action with prejudice (DE 15) is **GRANTED.**

    3.    The Court **APPROVES** the Consent Decree as modified by this order, and pursuant to Federal Rule of Civil Procedure 54, the Consent Decree as modified by this order is **ENTERED**, and this action is **DISMISSED WITH PREJUDICE**.

    4.    The Court shall retain jurisdiction for 24 months from the entry of this order to enforce the Consent Decree.

    5.    The Court declines to express any opinion regarding the "Confidential

Settlement Agreement" referenced in paragraphs 3, 5, and 7 of the Consent Decree or the "Confidential Fee Agreement" referenced in paragraphs 7 and 12 of the Consent Decree. The Parties have not submitted a Confidential Settlement Agreement or a Confidential Fee Agreement to the Court. Accordingly, neither the Confidential Settlement Agreement nor the Confidential Fee Agreement are incorporated by reference to the Consent Decree or this Order. Any dispute related to the Confidential Settlement Agreement or the Confidential Fee Agreement is a matter separate and apart from the Court's enforcement, if needed, of the Consent Decree.

6. To the extent not otherwise disposed of here, all pending motions are **DENIED** as moot. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>15th</u> day of February, 2024.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE